UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

MANUEL EFRAÍN ROCANO ONCE.

Petitioner,

v.

KENNETH GENALO, NYC DIRECTOR,
ENFORCEMENT & REMOVAL OPERATIONS, U.S.
IMMIGRATION AND CUSTOMS ENFORCEMENT;
TODD LYONS, KRISTI NOEM, SECRETARY OF THE
U.S. DEPARTMENT OF HOMELAND SECURITY; and
PAMELA BONDI, U.S. ATTORNEY GENERAL,

Respondents.

---------------------------------------------------------------------x

**STIPULATION AND
[proposed] ORDER TO
TRANSFER HABEAS ACTION**

Civil Action No.
26-cv-297 (LDH)

WHEREAS, Petitioner Manuel Efrain Rocano Once commenced the above-captioned action against Respondents U.S. Immigration & Customs Enforcement ("ICE") Enforcement & Removal Operations New York City Director Kenneth Genalo; ICE Acting Director Todd Lyons; U.S. Department of Homeland Security Secretary Kristi Noem; and U.S. Attorney General Pamela Bondi (collectively, "Respondents"), seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241;

WHEREAS, for habeas petitions challenging physical confinement, jurisdiction lies in only one district: the district of confinement at the time the habeas petition was filed, *see Ozturk v. Hyde,* 136 F.4th 382, 390-92 (2d Cir. 2025); *Khalil v. Joyce,* 771 F. Supp. 3d 268, 279, 280 (S.D.N.Y. 2025) (citing *Rumsfeld v. Padilla,* 542 U.S. 426, 443, 448 (2004));

WHEREAS, the Petition in the above-captioned habeas action was filed shortly after 5:00 p.m. on January 17, 2026;

WHEREAS, at that time, indeed for most of that day, Petitioner was being detained at 26 Federal Plaza, New York, New York ("26 Federal Plaza"), located in New York County;

WHEREAS, New York County lies in the Southern District of New York, *see* 28 U.S.C. § 112(b), not in the Eastern District of New York;

Stipulation and Order to Transfer
*Once v. Genalo*, 26-cv-297 (EDNY) (LDH)
Page 2

WHEREAS, habeas jurisdiction does not lie in this District;

WHEREAS, on January 17, 2026, shortly after 8:00 pm, Petitioner was transferred out of 26 Federal Plaza and, at approximately 9:15 pm that day, was booked into Delaney Hall Detention Facility in Newark, New Jersey, where he remains in custody; and

WHEREAS, Respondents do not waive any argument or defense in this action including, without limitation, regarding service or jurisdiction;

IT IS NOW HEREBY STIPULATED AND AGREED by and between Petitioner and Respondents to the above-captioned action, through their undersigned counsel, that this action shall be transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the Southern District of New York.

Dated: Maspeth, New York
      January 26, 2026

MUSA-OBREGON LAW, P.C.
55-21 69th Street
Maspeth, New York 11378

By:     /s/ Michael Musa-Obregon
S. MICHAEL MUSA-OBREGON
(718) 249-5759
michael@musa-oregon.com
*Counsel for Petitioner*

Dated: Brooklyn, New York
      January 24, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By:     /s/Layaliza Soloveichik
LAYALIZA SOLOVEICHIK
Assistant U.S. Attorney
(718) 254-6298
Layaliza.soloveichik@usdoj.gov
*Counsel for Respondents*

SO ORDERED this 29 day of January 2026.

        s/ **LDH**
_____
HONORABLE LASHANN DEARCY HALL
United States District Judge, Eastern District of New York