UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL EFRAÍN ROCANO ONCE,

                Petitioner,

-*against*-

KENNETH GENALO, NYC Director, Enforcement & Removal Operations, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,

                Respondents.

**ORDER**
26-cv-00835 (ER)

EDGARDO RAMOS, United States District Judge:

      Manuel Efraín Rocano Once filed a petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 in the Eastern District of New York on January 20, 2026. Doc. 4. On January 29, 2026, the parties filed a proposed order to transfer the action to the Southern District of New York. Doc. 6. The order was granted on January 30, 2026. Doc. 8. Upon transfer, this Court ordered the Respondents to file a letter indicating, *inter alia*, (1) the statutory provision(s) under which the Respondents assert the authority to detain the Petitioner, and (2) if the asserted basis for the Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from this Court's decision in *Liu v. Almodovar*, 25-cv-9256 (S.D.N.Y. Dec. 2, 2025). Doc. 10.

      The Respondents filed the response letter on February 3, 2026. Doc. 13. In the letter, the Respondents assert that the basis for the Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and that the "instant case is not materially distinguishable from the facts and legal issues presented in

the Court's decision in *Liu v. Almodovar*, et al., No. 25-cv-9256 (ER) (S.D.N.Y. Dec. 2, 2025)." *Id.* at 1.  Thus, while the Respondents "respectfully disagree with the Court's decision in that case, [they] acknowledge that the *Liu* decision would control the result in this case if the Court adheres to its prior decision." *Id.* at 2.  The Respondents do not raise any arguments for departing from *Liu*, but rather "rely[] on, and incorporate by reference, the legal arguments [the respondents] presented in *Liu*." *Id.*  They also indicate that they "believe the Court can decide this matter without further briefing." *Id.*

Having been presented with no additional arguments for deviating from *Liu*, the Court therefore GRANTS the Petition for the reasons set forth therein.  The Respondents are thereby ORDERED to immediately release the Petitioner from custody and certify compliance with the Court's order by filing an entry on the docket no later than February 5, 2026, at 12 p.m.

Dated: February 4, 2026
       New York, New York

                                             _____
                                             EDGARDO RAMOS
                                             United States District Judge